UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**ANITA WASHINGTON,**

    **Plaintiff,**

**v.**                                       Case No.  8:07-cv-1660-T-30MAP

**UNITED STATES OF AMERICA,**

    **Defendant.**
_____/

**ORDER OF DISMISSAL**

Before the Court is the Notice of Settlement (Dkt. #6). Upon review and consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1.    This cause is dismissed.

    2.    All pending motions are denied as moot.

    3.    The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Tampa, Florida on January 10, 2008.

                                       _____
                                       JAMES S. MOODY, JR.
                                       UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2007\07-cv-1660.dismissal 6.wpd