# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**ANITA WASHINGTON,**

    **Plaintiff,**

v.                                          Case No.  8:07-cv-1660-T-30MAP

**UNITED STATES OF AMERICA,**

    **Defendant.**

_____/

## ORDER OF DISMISSAL

Before the Court is the Joint Motion for Dismissal (Dkt. #11).  Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.     The Joint Motion for Dismissal (Dkt. #11) is GRANTED.

2.     This cause is dismissed with prejudice, each party to bear its own costs and attorney's fees.

3.     All pending motions are denied as moot.

4.     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on February 21, 2008.

                                                                   JAMES S. MOODY, JR.
                                                                   UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2007\07-cv-1660.dismissal 11.wpd